# ALLEGHENY COUNTY,

## March Term, 1797.

### WILLIAM M'LAUGHLIN *v.* GEORGE THOMSON.

THIS was an action of *indebitatus affumfit*, for work   1797. done, in digging a mill-race.   The defence was, that the work was unfkilfully done, contrary to the directions of the employer, much to his injury, and unfi-

Y

nifhed in depth. The plaintiff contended, that when a mill-race was to be dug any certain depth, in declining ground, its depth is to be meafured by laying a board acrofs the race, and meafuring its depth from the middle of its width.

PRESIDENT. When it is agreed that a race be dug through declining ground, to be of a certain depth, this depth muft be meafured from the lower brink, and the bottom be made level, fo that when there is an inch of water at the lower fide, there fhall be an inch every way acrofs. A race three feet deep muft be a race that will contain every where three feet depth of water.